922 F.2d 836
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Jerry Carter SKINNER, Petitioner-Appellant,
v.
WARDEN, VIRGINIA STATE PENITENTIARY, David Williams, Warden,
Powhatan Correctional Center, Respondents-Appellees.
 No. 90-6597.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 31, 1990.
Decided Dec. 19, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Chief District Judge. (CA-89-123-AM)
 Jerry Carter Skinner, appellant pro se.
 Robert B. Condon, Assistant Attorney General, Richmond, Va., for appellees.
 E.D.Va.
 DISMISSED.
 Before MURNAGHAN, WILKINSON and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Jerry Carter Skinner seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Skinner v. Warden, Va. State Penitentiary, CA-89-123-AM (E.D.Va. June 5, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.